371 A.2d 869
Commonwealth v. Ziemba, Appellant.

Submitted September 22, 1976. Calvin S. Drayer, Jr., Assistant Public Defender, for appellant; Eric J. Cox, Assistant District Attorney, and William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 869
Commonwealth ex rel. Bennett, Appellant, v. Aytch.

Submitted March 22, 1976. Mary Willman, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Laurence H. Brown, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for appellee.

Order affirmed.